-1-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02126-MSK-MJW

THE UNITED STATES OF AMERICA,

        Plaintiff,

v.

$37,020.00 IN UNITED STATES CURRENCY; and

1998 CADILLAC SEVILLE,

        Defendant(s).

_____

ORDER
(DOCKET NO 12)
_____

        This matter having come before the Court on the United States' Unopposed Motion to Vacate Order Setting Scheduling/Planning Conference, and the Court being fully advised, the Court hereby ORDERS:

        1. THAT the Scheduling/Planning Conference and all attendant deadlines set by this Court's Order of November 27, 2006 (ECF Document 4) are VACATED; and

        2. THAT the United States shall file a Status Report on or before **March 2, 2007.**

        DONE at Denver, Colorado, this 24th DAY OF JANUARY, 2007.

        BY THE COURT:

        S/Michael J. Watanabe
        _____
        MICHAEL J. WATANABE
        UNITED STATES MAGISTRATE JUDGE