IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02126-MSK-MJW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$37,020.00 IN UNITED STATES CURRENCY, and
1998 CADILLAC SEVILLE,

        Defendants.

_____

**OPINION AND ORDER ADOPTING RECOMMENDATION AND GRANTING DEFAULT JUDGMENT**
_____

**THIS MATTER** comes before the Court pursuant to the Report and Recommendation **(# 21)** of United States Magistrate Judge Michael J. Watanabe that the Plaintiff's Motion for Default Judgment **(# 18)** be granted.

More than 10 days have passed since the issuance of the Recommendation and no party has filed objections. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). Where no party files objections to a recommendation, the Court applies whatever standard of review to that recommendation that it deems appropriate. *Summers v. State of Utah*, 927 F.2d 1165, 1167 (10th Cir.1991). This Court has reviewed the recommendation under the otherwise applicable *de novo* standard of Fed. R. Civ. P. 72(b).

Having reviewed the entirety of the record *de novo*, the Court agrees with the Magistrate Judge that a default judgment is appropriate. Accordingly, the Court **ADOPTS** the Recommendation **(# 21)** in its entirety. The Plaintiff's Motion for Default Judgment **(# 18)** is

**GRANTED**, and judgment in favor of the Plaintiff shall enter simultaneously with this Order.

Dated this 19th day of September, 2007

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge